# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWPORT,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01752-KES-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

This action was filed on December 21, 2023, and a mandatory scheduling conference was initially set for April 4, 2024. (ECF Nos. 1, 3.) On March 13, 2024, Plaintiff filed a motion to continue the scheduling conference as the parties have stipulated to extend the deadline for the United States of America to file its responsive pleading until April 23, 2024. (ECF No. 9 at 3.) Plaintiff requests the scheduling conference be continued to June 4, 2024. (Id. at 1.) The Court finds good cause to continue the scheduling conference to a date that accommodates the Court.

Accordingly, Plaintiff's motion is GRANTED and the mandatory scheduling conference set for April 4, 2024, is HEREBY CONTINUED to **May 30, 2024 at 3:00 p.m. in Courtroom 9**. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE