# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWPORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01752-KES-SAB<br><br>ORDER RE STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 14) |

On December 21, 2023, Plaintiff Heather Newport filed this action against Defendant United States of America. (ECF No. 1.) On May 10, 2024, the parties filed a stipulation to file a first amended complaint to add additional parties to the action and a first amended complaint. (ECF Nos. 13, 14.)

The stipulation of the parties is HEREBY GRANTED. Plaintiff's first amended complaint is deemed filed as of May 10, 2024, and Defendant United States of America's answer, filed April 23, 2024, is deemed responsive to the May 10, 2024 first amended complaint.

IT IS SO ORDERED.

Dated: __**May 13, 2024**__

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE