# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01752-KES-SAB<br><br>ORDER DENYING REQUEST FOR REMOTE APPEARANCE AT JOINT SCHEDULING CONFERENCE AS UNNECESSARY<br><br>(ECF No. 22) |

On December 21, 2023, the order setting the mandatory scheduling conference issued in this matter. (ECF No. 3.) Currently, the scheduling conference is set for August 15, 2024. (ECF No. 19.) On August 9, 2024, Defendant Kaweah Delta Health Care District and Kaweah Health Care Medical Center filed a request to appear by videoconference at the August 15, 2024 scheduling conference.

Pursuant to the order setting the mandatory scheduling conference, "The Scheduling Conference will be held via video conference. Upon the filing of the Joint Scheduling Report, the Courtroom Deputy will email all parties the video conference login information." (ECF No. 3 at 3.) Accordingly, Defendants request for a remote appearance at the joint scheduling conference is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated: **August 9, 2024**

UNITED STATES MAGISTRATE JUDGE