# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWPORT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:23-cv-01752-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 37) |

Before the Court is the parties' stipulation to modify the non-expert discovery deadline in the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the non-expert discovery deadline is continued to August 18, 2025.

IT IS SO ORDERED.

Dated: **July 1, 2025**

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge