# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:23-cv-01752-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 39) |

Before the Court is the parties' stipulation to modify the expert disclosure deadline of September 19, 2025 to October 20, 2025, and the rebuttal expert disclosure deadline of October 17, 2025 to November 17, 2025. (ECF No. 39.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the date for expert disclosure is continued to **October 20, 2025**, and the date for rebuttal expert disclosure is continued to **November 17, 2025**.

IT IS SO ORDERED.

Dated: __**August 26, 2025**__

STANLEY A. BOONE
United States Magistrate Judge