# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:23-cv-01752-SAB<br><br>ORDER CONSTRUING MOTION FOR CONTINUANCE AS MOTION TO STAY; DIRECTING PLAINTIFF TO FILE OPPOSITION TO MOTION TO STAY<br><br>(ECF No. 42) |

On October 1, 2025, Defendant Untied States of America file a motion for a continuance of all dates and to set a status conference in light of the lapse of appropriations.  (ECF No. 42.) In the motion, Defendant notes that the federal government shutdown bars Department of Justice attorneys from working, even on a voluntary basis, except in limited circumstances that are not relevant here.  Because of this, and because it remains unknown when funds will be restored, Defendant moves for a continuance of all dates in this matter and to set a status conference.

Though stylized as a motion for a continuance, the Court observers that in reality Defendant has moved to stay this case.  Because the Court construes the motion as a motion to stay, the Court will direct Plaintiff to file an opposition, or a non-opposition, with this understanding.

/ / /

/ / /

Accordingly, the Court hereby CONSTRUES Defendant's motion for a continuance as a motion to stay. (ECF No. 42.) Plaintiff shall have through **October 10, 2025**, to file an opposition or a non-opposition to the motion to stay.

IT IS SO ORDERED.

Dated:   **October 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge